*Thursday, August 3, 1995*

## MERIT DOCKET

**95–741.** State ex rel. Mayville v. Shoemaker. *Franklin County.* Appeal from the Court of Appeals for Franklin County, No. 94APD09–1398. On motion to dismiss. The judgment of the court of appeals is affirmed, and we note that this cause is moot.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK and F.E. Sweeney, JJ., concur.
PFEIFER, J., would affirm on Proposition of Law No. I only.
COOK, J., would grant the motion to dismiss.

## MOTION DOCKET

**91–1266.** In re Application of Keita. This cause is pending before the court upon the filing of a report by the Board of Commissioners on Character and Fitness. Upon consideration of applicant's request for oral hearing.

IT IS ORDERED by the court that the applicant's request for oral hearing be, and the same is hereby, denied.

*Monday, August 7, 1995*

## MOTION DOCKET

**95–1552.** State v. Webb. *Belmont County,* No. 92–B–65. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's motion for stay.

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied, effective August 4, 1995.

*Wednesday, August 9, 1995*

## MISCELLANEOUS DISMISSALS

**95–1208.** State v. Sledge. *Summit County,* No. 15293. This cause is pending before the court as an appeal form the Court of Appeals for Summit County. It appears from the records of this court that appellant has not filed a merit brief, due July 31, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective August 8, 1995.